# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RACHEL ELSTON, and all others similarly situated,<br><br>*Plaintiff*<br>v.<br><br>ENCORE CAPITAL GROUP, INC.,<br>MIDLAND FUNDING, LLC, and<br>MIDLAND CREDIT MANAGEMENT, INC.,<br>*Defendant* | Civil Action No. 2:18-CV-0071-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment (ECF No. 32) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 27) is GRANTED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on Cross Motions for Summary Judgment.

Date:  July 11, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen